IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Linda Good, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  12 C 7207 |
| | ) | |
| Omni Credit Services of Florida, Inc., a Florida corporation, | ) | Judge Leinenweber |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, hereby voluntarily dismisses her claims against the Defendant, with prejudice.

Dated: October 17, 2012

One of Plaintiff's Attorneys

/s/ David J. Philipps_____ _
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com
mephilipps@aol.com

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 17, 2012, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically. Notice of this filing will be sent to the following parties via U.S. Mail, first class postage pre-paid, on October 17, 2012.

Omni Credit Services of Florida, Inc.
C/O C T Corporation System, as registered agent
208 S. LaSalle Street
Suite 814
Chicago, Illinois 60604


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com